PHILIP STROMBERG, Respondent, *v.* THE TRIBUNE ASSOCIATION, Appellant.

*Stromberg* v. *Tribune Association,* 88 App. Div. 589, affirmed.
(Argued April 25, 1904; decided May 10, 1904.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1903, which affirmed an inter locutory judgment of Special Term overruling a demurrer to the complaint.

The following question was certified : "Does the amended complaint in this action state facts sufficient to constitute a cause of action in favor of plaintiff herein, against the defendant herein ? "

*Henry W. Sackett* for appellant.

*Max D. Steuer* for respondent.

Question certified answered in the affirmative, and interlocutory judgment affirmed, with costs, with leave to defendant to answer within twenty days, on opinion of INGRAHAM, J., below.

Concur: GRAY, O'BRIEN, VANN and WERNER, JJ. Dissenting : PARKER, Ch. J., BARTLETT and HAIGHT, JJ.

---

In the Matter of the Accounting of VICTOR K. McELHENY, JR., as Assignee of E. L. GOODSELL COMPANY, Appellant.

BROWN BROTHERS AND COMPANY, Respondent.

*Matter of McElheny,* 91 App. Div. 131, affirmed.
(Argued April 26, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1904, which reversed an order of Special Term confirming the report of a referee disallowing a claim of the respondent herein.

*William M. Bennett* for appellant.

*Willard Parker Butler* and *Sanford Robinson* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

HUDSON RIVER WATER POWER COMPANY, Appellant, *v.* GLENS FALLS GAS AND ELECTRIC LIGHT COMPANY, Respondent, Impleaded with Another.

*Hudson River W. P. Co.* v. *Glens Falls Gas & E. L. Co.,* 90 App. Div. 513, affirmed.

(Argued April 26, 1904; decided May 10, 1904.)

APPEAL, by permission, from a judgment entered February 3, 1904, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an interlocutory judgment of Special Term sustaining a demurrer to a counterclaim and overruled said demurrer.

The following question was certified: "Does the counterclaim set forth in the amended answer of the defendant Glens Falls Gas and Electric Light Company state facts sufficient to constitute a cause of action?"

*Richard Lockhart Hand* and *Henry W. Williams* for appellant.

*Howard Taylor* for respondent.

Question certified answered in the affirmative and interlocutory judgment affirmed, with costs, with leave to serve reply within twenty days; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: O'BRIEN and BARTLETT, JJ.